IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

WESLEY E. DAVILA-ROBLES                                                PETITIONER

v.                              NO. 2:23-cv-00017-LPR-PSH

JOHN P. YATES                                                          RESPONDENT

## ORDER

Petitioner Wesley E. Davila-Robles ("Davila-Robles") began this case by filing a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. 2241. He failed, though, to accompany his petition with the five dollar filing fee or an application to proceed in forma pauperis. He must either pay the filing fee or obtain permission to proceed in forma pauperis before his petition can be served. He is given up to, and including, March 14, 2023, to either pay the filing fee or file an application to proceed in forma pauperis. The Clerk of the Court shall send Davila-Robles the documents necessary to file an application to proceed in forma pauperis. In the event Davila-Robles fails to comply with the terms of this Order, it will be recommended that this case be dismissed without prejudice.

Davila-Robles is notified of his obligation to comply with the Federal Rules of Civil Procedure and the Local Rules for the United States District Court for the Eastern District of Arkansas. Specifically, he is directed to Local Rule 5.5(c)(2), which provides the following:

> It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 14th day of February, 2023.

_____
UNITED STATES MAGISTRATE JUDGE