IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WESLEY E. DAVILA-ROBLES**                                                                                           **PLAINTIFF**
Reg #51858-069

v.                                             Case No: 2:23-cv-00017-LPR

**E. KESSEL**                                                                                                                 **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Patricia S. Harris and the Petitioner's Objections.[1]  After a *de novo* review of the RD, along with careful consideration of the Petitioner's Objections and the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.[2]  The Court believes it worth noting that, even if Petitioner got over the exhaustion hurdle, his claim would be doomed on the merits for the reasons explained by the Eighth Circuit in *Sok v. Eischen*.[3]

Accordingly, the Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED without prejudice based on Petitioner's failure to exhaust his administrative remedies.

IT IS SO ORDERED this 7th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Docs. 15 and 16.

[2] There is one exception.  Because the Court will dismiss the Petition without prejudice, the Court declines to enter Judgment on the Respondent's behalf.

[3] No. 23-1025, 2023 WL 5282709, at *1 (8th Cir. Aug. 17, 2023) (unpublished per curiam).