IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**WESLEY E. DAVILA-ROBLES**  **PLAINTIFF**
**Reg #51858-069**

v.  Case No: 2:23-cv-00017-LPR

**E. KESSEL**  **DEFENDANT**

### JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED without prejudice.

IT IS SO ADJUDGED this 7th day of February 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE